# NCC BUSINESS SERVICES, INC.

3733 University Blvd W Suite 300
Jacksonville FL 32217

Please visit our website at www.nccbs.net to make a payment.

| Account # | Statement Date | PAY THIS AMOUNT |
|---|---|---|
| 1829985 | 5/4/09 | $2,735.00 |

☐ PLEASE CHECK BOX FOR ADDRESS CHANGE. (INDICATE NEW ADDRESS ON REVERSE SIDE.)

0101

If you have questions, please call   888-880-6022

850 01
COLBERT ASHLEY
6502 RIDGEWOOD AVE
CLEVELAND, OH 44129-2330

Remit and make payments to:
NCC Business Services, Inc.
PO Box 24739
Jacksonville FL 32241-4739

*Please detach upper portion and return with payment.*

| Creditor | Account Number | Amount Due |
|---|---|---|
| VALLEY YORK/SD NIEDERST | 1829985 | $2,735.00 |

This account has been listed with our firm for collection.

If this is the first notice you have received from this office in regards to this debt, then: if you dispute the validity of this debt, or any portion thereof, notify this office within thirty days after receiving this notice. If you do not notify this office within thirty days that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you require verification of this debt, notify this office in writing within thirty days from receiving this notice. This office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment: and if you request this office in writing within thirty days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. We are acting as a debt collector. This letter is an attempt to collect this debt and any information obtained will be used for that purpose.

Sincerely,

NCC Business Services, Inc.

EXHIBIT 1

This is an attempt to collect a debt and any information received will be used for that purpose. In addition this communication is from a debt collector.

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION
NCC BUSINESS SERVICES, INC.

91-NCCSTM-253973-365596431-P; 1107205-1-850; 30163379-1; 850                              00100